

**IT IS ORDERED as set forth below:**

**Date: May 4, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| BRYAN FRANKLIN BUTLER, | ) | CASE NO. 25-59719-JRS |
| | ) | |
| Debtor. | ) | JUDGE SACCA |
| | ) | |

**ORDER GRANTING MOTION UNDER RULE 2004 OF THE FEDERAL
RULES OF BANKRUPTCY PROCEDURE FOR DOCUMENT PRODUCTION
BY BLACKROCK CONSTRUCTION INC. AND SPENCER CAPE.**

This matter is before the Court on the Motion under Rule 2004 of the Federal Rules of Bankruptcy Procedure for document production by Blackrock Construction, Inc. and Spencer Cape. [Doc. No. 82] (the "**Motion**") filed on April 30, 2026, by Jason L. Pettie, Chapter 7 Trustee for the Bankruptcy Estate of Bryan Franklin Butler (the "**Trustee**"). In the Motion, Trustee seeks document production by Blackrock Construction, Inc. ("**Blackrock**") and Spencer Cape pursuant to Fed. R. Bankr. P. 2004(d). The Court having reviewed the Motion and for good cause shown, it is hereby

02921428-1

**ORDERED** that the Motion is **GRANTED**.  It is further

**ORDERED** that Blackrock and Spencer Cape shall timely respond to any document request made by Trustee in the Motion in accordance with Fed.R.Bankr.P. 2004(c) in the manner provided in Fed.R.Bankr.P. 9016, which incorporates the procedure for the issuance of a subpoena as set forth in Federal Rule of Civil Procedure 45.  It is further

**ORDERED** that Blackrock and Spencer Cape may assert written objections in good faith to the requests as if such requests had been served pursuant to Fed.R.Bankr.P.7034 and shall produce to the Trustee all responsive documents that are not subject to a valid timely asserted objection.

[END OF DOCUMENT]

Prepared and presented by:

GORDON & PETTIE, LLC
*Proposed Attorneys for Chapter 7 Trustee*

By: _/s/ Jason L. Pettie_
    Jason L. Pettie
    GA Bar No. 574783
1600 Parkwood Circle, SE
Suite 500
Atlanta, GA 30339
Phone (404) 855-2976
Email: jpettie@gordonpettie.com

02872613-1

DISTRIBUTION LIST

Jason L. Pettie
Gordon & Pettie, LLC
1600 Parkwood Circle, SE
Suite 500
Atlanta, GA 30339

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Blackrock Consruction, Inc.
c/o John Cody Oakes, registered agent
643 Blackberry Run Trl
Dallas, GA 30132

Spencer Cape
643 Blackberry Run Trl
Dallas, GA 30132

Blackrock Consruction, Inc.
c/o John Cody Oakes, CEO
1255 Roberts Blvd NW, Suite 102
Kennesaw, GA 30144


Bryan Franklin Buter
2535 Haynes Club Circle
Grayson GA 30017

02872613-1

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-59719-jrs

Bryan Franklin Butler                                                                 Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 04, 2026 | Form ID: pdf440 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + Jason L. Pettie, Taylor Duma LLP, Suite 200, 1600 Parkwood Circle SE, Atlanta, GA 30339-2119 |
| | + Blackrock Consruction, Inc., c/o John Cody Oakes, CEO, 1255 Roberts Blvd NW, Suite 102, Kennesaw, GA 30144-7078 |
| | + Spencer Cape, 643 Blackberry Run Trl, Dallas, GA 30132-2128 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: bryanbutler9010@live.com | May 04 2026 21:04:00 | Bryan Franklin Butler, 2535 Haynes Club Circle, Grayson, GA 30017-2814 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| | ##+ | Blackrock Consruction, Inc., c/o John Cody Oakes, registered agent, 643 Blackberry Run Trl, Dallas, GA 30132-2128 |
| 25438879 | ##+ | Black Rock Construction, 643 Blackberry Run Trail, Dallas, GA 30132-2128 |
| 25465630 | ##+ | Black Rock Construction, 5655 Lake Acnorth Drive, Suite 140, Acnorth GA 30101-7324 |
| 25438819 | ##+ | Black Rock Construction, 5655 Lake Acworth Drive, Suite 140, Acworth, GA 30101-7324 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026                      Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 113E-9                    User: bncadmin                              Page 2 of 2
Date Rcvd: May 04, 2026                 Form ID: pdf440                          Total Noticed: 4

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anjali Khosla | on behalf of Creditor Capital Fund REIT  LLC akhosla@rlselaw.com, lcaplan@rlselaw.com;nbrown@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| David S. Weidenbaum | on behalf of U.S. Trustee United States Trustee david.s.weidenbaum@usdoj.gov |
| Jason L. Pettie | on behalf of Trustee Jason L. Pettie jpettie@gordonpettie.com  pbicknell@gordonpettie.com;aford@gordonpettie.com |
| Jason L. Pettie | jpettie@gordonpettie.com  GA25@ecfcbis.com;jp@trustesolutions.net;pbicknell@gordonpettie.com |
| Roy E. Manoll, III | on behalf of Creditor Blackrock Construction  Inc. kdd@fbglaw.com |
| Willie Bruce Smith | on behalf of Creditor Select Portfolio Servicing  Inc. wismith@raslg.com |

TOTAL: 6