**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:                                              )
BRYAN FRANKLIN BUTLER,              )    CHAPTER 7
                                                        )    CASE NO:  25-59719
        Debtor.                                   ) HONORABLE JAMES R. SACCA
_____  )

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing

Responses and documents on the Chapter 7 Trustee, Jason L. Pettie, via email to:

Jason L. Pettie
jpettie@taylorenglish.com

I further certify that I this day served a copy of the within and foregoing

Response and documents on the  Pro Se Debtor depositing in the United States Mail

a copy of same in a properly addressed envelope with adequate postage thereon

addressed to:

Mr. Bryan Franklin Butler
2535 Haynes Club Circle
Grayson, Georgia 30017

This 22nd day of May, 2026.

FORTSON, BENTLEY AND GRIFFIN, P.A.

By: /s/ Roy E. Manoll, III

2500 Daniell's Bridge Road          Roy E. Manoll, III
Building 200, Suite 3A                 Attorney for Black Rock
Athens, Georgia 30606              Ga. Bar No:  469710
(706) 548-1151                           rem@fbglaw.com